IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                                    **INDICTMENT**

WAYNE A. MILLER                                                       1:24 cr1-AW
_____/

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about November 4, 2022, in the Northern District of Florida and elsewhere, the defendant,

### WAYNE A. MILLER,

did knowingly transmit in interstate commerce a communication, that is, a letter to the Alachua County Sheriff, containing a true threat to injure another person, with the intent that his communication be perceived as a true threat, by stating that he would kill a Florida State Court Judge and rape his wife and daughter.

In violation of Title 18, United States Code, Section 875(c).

### COUNT TWO

On or about November 4, 2022, in the Northern District of Florida and elsewhere, the defendant,



FILED USDC FLND TL
JAN 10 '24 PM 1:48

### WAYNE A. MILLER,

did knowingly cause to be delivered by the United States Postal Service, a communication to the Alachua County Sheriff, containing a true threat to injure another person, with the intent that his communication be perceived as a true threat, by stating that he would kill a Florida State Court Judge and rape his wife and daughter.

In violation of Title 18, United States Code, Section 876(c).

A TRUE BILL:

*Redacted*

Jan 10, 2024
DATE

JASON R. COODY
United States Attorney

ANDREW J. GROGAN
Assistant United States Attorney