# UNITED STATES DISTRICT COURT
## CRIMINAL MINUTES – INITIAL APPEARANCE

**Case #:** **1:24cr1 AW/GRJ**  **Time Commenced:** **1:54 p.m.**
**Date:** **2/21/2024**  **Time Concluded:** **1:59 p.m.**

**DOCKET ENTRY: INITIAL APPEARANCE**

**PRESENT: HONORABLE MIDORI LOWRY, UNITED STATES MAGISTRATE JUDGE**

| A. Tinaya-Miller | Philip Minafield | GNV DCR 2024 | Andrew Grogan | |
|---|---|---|---|---|
| Deputy Clerk | USPO | Tape No./Court Reporter | Asst. U.S. Attorney | Interpreter |

**U.S.A. v. (Defendants listed below)**  **Attorneys for Defendant:**

**(1) WAYNE A. MILLER via Zoom**  **(1) DARREN JOHNSON via Zoom**
__X__ present __X__ custody ____ bond ____ O/R   __X__ present __X__ appointed ____ retained ____ pro bono

____ Government unseals Indictment/Information
__x__ Defendant advised that he/she is before a U.S. Magistrate Judge
__x__ Defendant advised of charges, penalties and fines
__x__ Defendant advised of right to remain silent and consult with an attorney before making any statement
__x__ Defendant advised of right to hire counsel or have counsel appointed
____ Defendant executed a CJA Form 23 and swears that it is accurate
__x__ Defendant questioned regarding financial status
__x__ Federal Public Defender appointed
____ CJA attorney _____ appointed for defendant
____ Defendant financially able to employ counsel
__x__ Government advised of Brady Disclosure Requirements
____ Defendant advised of right to a PRELIMINARY HEARING
____ Defendants waives Preliminary Hearing
____ Preliminary Hearing scheduled for: _____
__x__ Government does/ ____ does not move for detention
__x__ Detention hearing waived without prejudice
____ Detention hearing set for _____ before Magistrate Judge Midori Lowry
____ Detention hearing held/ ____ to be set by separate notice
____ Bond set: $_____ unsecured bond
____ Defendant released on bond pending trial (see order setting conditions of release)
__x__ Defendant detained pending trial
__x__ Arraignment held
__x__ Trial set for: **4/24/2024 at 8:30 a.m. before the Honorable Allen Winsor**

**Initials of Deputy Clerk:** __atm__