IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 1:24-cr-1-AW-MAL

WAYNE A. MILLER,

    Defendant.
_____

## ORDER OF DETENTION PENDING TRIAL

Defendant Wayne A. Miller came before the Court for an initial appearance today. The Government moved for detention.

The Government noted that Defendant is in secondary federal custody by writ, which generally requires that he remain in custody until the conclusion of the proceedings in this case, after which he will be returned to the state institution in which he was confined. The Government also sought detention based on dangerousness.

Because Defendant is charged with crimes of violence, the Government is authorized under the Bail Reform Act to request a detention hearing. See 18 U.S.C. §§ 3142(f)(1)(A) and 3156(a)(4)(A) (the Government can move for detention in a

case that involves a crime of violence, which includes an offense that has as an element the threatened use of physical force).

After consultation with counsel, Defendant elected to waive a detention hearing at this time, without prejudice to his opportunity to request a detention hearing should conditions materially change.

Accordingly, the Government's motion is **GRANTED** and it is **ORDERED**:

Pending trial, Defendant is committed to the custody of the Attorney General, or his designated representative, for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**DONE AND ORDERED** this 21st day of February, 2024.

s/ *Midori Lowry*
Midori Lowry
United States Magistrate Judge