**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                            **Case No. 1:24-cr-1-AW-MAL**

**WAYNE A. MILLER,**

     **Defendant.**

_____/

## ORDER GRANTING MOTION TO CONTINUE TRIAL

The motion to continue, ECF No. 26, is GRANTED. For the reasons set out in the motion, the court finds that a reasonable delay of the trial from July 17 until August 28, 2024 is appropriate and that the ends of justice that will be served by granting the continuance outweigh the interests of the public and the Defendant in a speedier trial.

The clerk will reset the trial for August 28, 2024.

SO ORDERED on July 8, 2024.

s/ *Allen Winsor*
United States District Judge