IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.

WAYNE A. MILLER,

    Defendant.

Case No. 1:24cv1-AW/MAL

## GOVERNMENT'S CONSENT MOTION TO CONTINUE COMPETENCY HEARING

The government respectfully requests that the Court continue the competency hearing set for tomorrow, July 10, 2024.

The grand jury returned an indictment against Defendant on January 10, 2024. ECF 1. He had an initial appearance on February 21, 2024. ECF 8. On April 1, 2024, Defendant's attorney moved for a psychiatric examination. ECF 16. The Court ordered an examination. ECF 19. On June 26, 2024, the Court received the results of the psychiatric examination. ECF 24. On July 5, 2024, the Court set a competency hearing for July 10, 2024. ECF 25.

The undersigned Assistant U.S. Attorney has a previously

1

scheduled deposition in another matter on July 10, 2024, where opposing counsel in that matter has made the arrangements. Accordingly, there is good cause for a short continuance of the competency hearing.

## CERTIFICATE OF CONFERENCE

The undersigned conferred with opposing counsel on July 7, 2024, regarding the relief sought in this motion. Counsel agreed to the relief sought in this motion.

## CONCLUSION

Accordingly, the government respectfully requests that the Court enter an order continuing the July 10, 2024, competency hearing to a date convenient for all concerned.

Respectfully submitted,

JASON R. COODY
United States Attorney

*s/ Andrew J. Grogan*
ANDREW J. GROGAN
Assistant U.S. Attorney
Florida Bar No. 85932
111 North Adams Street
(850) 942-8430
andrew.grogan@usdoj.gov

# **LOCAL RULE 7.1(F) CERTIFICATION**

I certify that this paper contains 200 words, per Microsoft Word's word count, which complies with the word limit requirements set forth in Local Rule 7.1(F).

*s/ Andrew J. Grogan*
ANDREW J. GROGAN
Assistant U.S. Attorney