# UNITED STATES DISTRICT COURT
## CRIMINAL MINUTES – GENERAL MINUTES

**Case #:** 1:24cr1 AW/MAL          **Time Commenced:** 1:52 p.m.

**Date:** 7/18/2024          **Time Concluded:** 1:55 p.m.

---

**DOCKET ENTRY:** COMPETENCY HEARING

---

**PRESENT: HONORABLE MIDORI LOWRY, UNITED STATES MAGISTRATE JUDGE**

| A. Tinaya-Miller | Philip Minafield | GNV DCR 2024 | Andrew Grogan | |
|---|---|---|---|---|
| Deputy Clerk | USPO | Tape No./Court Reporter | Asst. U.S. Attorney | Interpreter |

**U.S.A.  v.  (Defendant listed below)**          **Attorneys for Defendant:**

**(1) WAYNE A MILLER**          **DARREN JOHNSON**
 X  present   X  custody  ___ bond ___ O/R          X  present   X  appointed ___ retained

**1:52 p.m.**   Court called to order

               Parties to rely on psychological report.  Defendant found competent to stand trial

**1:55 p.m.**   Court adjourned.  Written order to follow

                                               **Initials of Deputy Clerk:** atm