IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                             Case No. 1:24-cr-1-AW-MAL

WAYNE A. MILLER,

    Defendant.
_____/

## ORDER FINDING DEFENDANT COMPETENT TO PROCEED

On July 18, 2024, the Court held a hearing in accordance with Title 18, United States Code, Sections 4241(c) and 4247(d), to determine whether the Defendant is competent to proceed. The Defendant was present by video teleconferencing and represented by court appointed counsel Darren Johnson.

Without objection from the parties, the Court relied on the forensic evaluation by Dr. G. Todd, dated June 17, 2024. ECF No. 24. The Defendant was given an opportunity to testify and present evidence, and he declined to do so.

Upon consideration of the position of the parties and the Court's independent examination and review, the concerns previously raised about Defendant's competency to proceed have been dispelled. The Court finds by a preponderance of the evidence that the Defendant is presently competent in

that he can understand the nature and consequences of the proceedings against him and can assist properly in his defense.

SO ORDERED this 18th day of July, 2024.

s/ *Midori Lowry*  
Midori Lowry  
United States Magistrate Judge