# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

vs.  **CASE NO. 1:24CR1 AW**
     **4:24CR16 AW**

**WAYNE A. MILLER,**
_____/

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, WAYNE A. MILLER, and requests this Court's order continuing trial in these cases and in support states the following:

1. Trials in the above styled cases are currently scheduled for August 28, 2024 and September 11, 2024 respectively.

2. The defense and government both anticipate that these cases will be resolved with a negotiated plea.

3. To afford the Defendant an opportunity enter into a written plea agreement prior to the trial date, a continuance is requested.

4. Assistant U. S. Attorney Andrew Grogan has been advised of this motion and does not object.

**WHEREFORE**, the Defendant respectfully requests that the Court grant this motion and continue trial for thirty (30) days.

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I hereby certify that undersigned counsel has conferred with counsel for the United States, Andrew Grogan, and that he does not object this motion. I further certify that this motion contains 274 words.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically submitted for filing under seal to the CM/ECF system and furnished by electronic mail to Andrew Grogan, Assistant United States Attorney, Gainesville, FL, on this 15th day of August, 2024.

Respectfully Submitted,
JOSEPH F. DEBELDER
Federal Public Defender

By: *s/ Darren Johnson*

Darren J. Johnson
Assistant Federal Public Defender
New York Bar No. 4056800
101 S. E. 2nd Place, Suite 112
Gainesville, FL 32601
(352) 373-5823