AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| United States of America | ) |
| v. | ) |
| | ) Case No. 1:24-cr-00001-AW-MAL |
| WAYNE A MILLER | ) |
| | ) |
| Defendant | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* WAYNE A MILLER,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

INTERSTATE COMMUNICATIONS - THREATS
MAILING THREATENING COMMUNICATIONS

REC'D-USMS-GNV, FL
JAN 16 '24 AM 9:39

Date: 01/10/2024

s/ Martin A. Fitzpatrick
*Issuing officer's signature*

City and state: Tallahassee, Florida

Martin A. Fitzpatrick, Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* Jan 16 2024, and the person was arrested on *(date)* 8/28/2024
at *(city and state)* Gainesville FL.

Date: 8/28/24

*Arresting officer's signature*

Daniel Padilla DUSM
*Printed name and title*

FILED USDC FLND GV
AUG 28 '24 PM 3:38

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____ Weight: _____

Sex: _____ Race: _____

Hair: _____ Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____