Start: 3:44 p.m.  
Stop: 4:28 p.m.

## UNITED STATES DISTRICT COURT
### CRIMINAL MINUTES - RE-ARRAIGNMENT

Case No:   1:24-cr-1-AW   Date: 08-28-2024  
          4:24-cr-16-AW

**DOCKET ENTRY:**   *Change of Plea Hearing*  
Defendant sworn

PRESENT:   Honorable ALLEN WINSOR, Judge

| TiAnn Stark | Dawn Savino (USDC-FLND) | Andrew Grogen |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |
| Stephen Billig | | |
| Probation Officer | Interpreter | |

U.S.A  vs.  (DEFENDANT LISTED BELOW)         ATTORNEYS FOR DEFENDANT

  WAYNE A MILLER                              DARREN JOHNSON  
 X  present  X  custody  __ bond  __ O/R       X  present   X  appt   __ retained

PROCEEDINGS:

____   Information Filed

  X    Defendant is REARRAIGNED and specifically advised of his/her rights

  X    Written Plea Agreement

  X    Written Proposed Statement of Facts

____   Adjudication Withheld Pending Sentencing

____   Court to enter Report & Recommendation that District Judge Accepts Plea

  X    Defendant Adjudicated Guilty on Count(s)  1 and 2 in 1:24cr1 /1 and 2 in 4:24cr16

  X    Defendant States True Name is   WAYNE MILLER

  X    Court Questions Defendant Regarding His/Her Physical and Mental Condition, and Advises

       Defendant of the Nature and Possible Consequences of Said Plea

____   Consents to Proceeds Before Magistrate Judge for the Purposes of a Change of Plea to Guilty

  X    Defendant Moves to CHANGE PLEA       X   Court Grants Motion

  X    Defendant PLEADS    X    Guilty to Count(s)  1 and 2 in 1:24cr1 / 1 and 2 in 4:24cr16

                          ____ Nolo Contendere to Count(s) ____

  X    Referred to Probation Officer for Pre-Sentence Report

  X    Sentencing Set For:  December 3, 2024  at 10:00 a.m.

  X    Defendant remanded to the custody of the USMS